IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:15CR182 |
| vs. | |
| GREGORY BAHATI, | DETENTION ORDER PENDING TRIAL |
| Defendant. | |

A. **Order For Detention**

After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (I).

B. **Statement Of Reasons For The Detention**

The Court orders the defendant's detention because it finds:

\_\_\_\_  By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

  X   By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community.

C. **Finding Of Fact**

The Court's findings are based on the evidence which was presented in court and that which was contained in the Pretrial Services Report, and includes the following:

  X   (1) Nature and circumstances of the offense charged:
   X   (a) The crime: Drug User in Possession of a Firearm is a serious crime and carries a maximum penalty of 10 years imprisonment.
  \_\_\_\_ (b) The offense is a crime of violence.
  \_\_\_\_ (c) The offense involves a narcotic drug.
  \_\_\_\_ (d) The offense involves a large amount of controlled substances, to wit: _____

\_\_\_\_  (2) The weight of the evidence against the defendant is high.
  X   (3) The history and characteristics of the defendant including:
   (a) General Factors:
      \_\_\_\_ The defendant appears to have a mental condition which may affect whether the defendant will appear.
      \_\_\_\_ The defendant has no family ties in the area.
      \_\_\_\_ The defendant has no steady employment.
      \_\_\_\_ The defendant has no substantial financial resources.
      \_\_\_\_ The defendant is not a long time resident of the community.

        ____    The defendant does not have any significant community ties.
        ____    Past conduct of the defendant:
        ____    The defendant has a history relating to drug abuse.
        ____    The defendant has a history relating to alcohol abuse.
        _X_    The defendant has a significant prior criminal record.
        ____    The defendant has a prior record of failure to appear at court proceedings.

    (b)    At the time of the current arrest, the defendant was on:
        ____    Probation
        ____    Parole
        ____    Supervised Release
        ____    Release pending trial, sentence, appeal or completion of sentence.

    (c)    Other Factors:
        ____    The defendant is an illegal alien and is subject to deportation.
        ____    The defendant is a legal alien and will be subject to deportation if convicted.
        ____    The Bureau of Immigration and Customs Enforcement (BICE) has placed a detainer with the U.S. Marshal.
        ____    Other:

_X_    (4)    The nature and seriousness of the danger posed by the defendant's release are as follows: <u>Prior conviction for Concealed Weapon (2013); Probation revoked 1 month later.</u>

D.  **Additional Directives**

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:
1. The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; and
2. The defendant be afforded reasonable opportunity for private consultation with counsel; and
3. That, on order of a court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 29th day of September, 2015.

                              BY THE COURT:

                              s/ F.A. Gossett, III
                              United States Magistrate Judge